# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**942**

**CA 11-01678**

PRESENT: CENTRA, J.P., PERADOTTO, CARNI, LINDLEY, AND SCONIERS, JJ.

---

IN THE MATTER OF THE TRUSTS FOR STEPHANIE
MCDONALD AND KELLY MCDONALD CREATED IN THE
WILL OF IGNATIUS S. LUPPINO, DECEASED.

-------------------------------------------------------

STEPHANIE MCDONALD AND KELLY MCDONALD,
PETITIONERS-RESPONDENTS;

IDALYNN LUPPINO MCDONALD, TRUSTEE,                    MEMORANDUM AND ORDER
RESPONDENT-APPELLANT.

-------------------------------------------------------

THOMAS F. HEWNER, ESQ., COURT APPOINTED SUCCESSOR
TRUSTEE, RESPONDENT.
(APPEAL NO. 3.)

---

BARRY J. DONOHUE, TONAWANDA, FOR RESPONDENT-APPELLANT.

KEVIN T. STOCKER, TONAWANDA, FOR PETITIONERS-RESPONDENTS.

---

Appeal from an order of the Surrogate's Court, Erie County
(Barbara Howe, S.), entered July 5, 2011.  The order, inter alia,
removed Idalynn Luppino McDonald as trustee and appointed Thomas F.
Hewner, Esq. as successor trustee.

It is hereby ORDERED that the order so appealed from is
unanimously vacated on the law without costs.

Same Memorandum as in *Matter of Luppino* ([appeal No. 1] ___ AD3d
___ [Nov. 9, 2012]).

Entered:  November 9, 2012                    Frances E. Cafarell
                                             Clerk of the Court